In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-543 CR


____________________



JOSE ARMANDO GARCIA, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 91633






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Jose Armando Garcia, to
withdraw his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed
by appellant personally and attached to a motion presented by counsel of record. No
opinion has issued in this appeal. The motion is granted and the appeal is therefore
dismissed.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered February 2, 2005

Do Not Publish

Before McKeithen, Gaultney and Horton, JJ.
1. Tex. R. App. P. 47.4.